Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

**David A. Tilem (Bar No. 103825)**
**Law Offices of David A. Tilem**
**206 N. Jackson Street, Suite 201**
**Glendale, CA 91206**
**Tel: (818) 507-6000 * Fax: (818) 507-6800**
**Email: DavidTilem@tilemlaw.com**

***Former Attorney for Debtor***

FOR COURT USE ONLY

FILED & ENTERED

SEP 13 2011

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: **YI RU JENNIFER PAI**

Debtor.

CHAPTER: **7**

CASE NUMBER: **2:07-bk-15062-VZ**

DATE: **9/1/11**

TIME: **1:30 p.m.**

COURTROOM: **1368**

## ORDER ON APPLICATION FOR PAYMENT OF:
## ☐ INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)
## X FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)

1. Name of Applicant (*specify*): Law Offices of David A. Tilem

2. This proceeding was heard at the date and place set forth above and was **X** Contested ☐ Uncontested

3. Appearances were made as follows:

   a. **X** Applicant present in Court
   b. ☐ Attorney for Applicant present in Court (*Name*):
   c. ☐ Attorney for U.S Trustee present in Court
   d. **X** Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (specify date): **7/6/11**

5. THE COURT ORDERS, GOOD CAUSE APPEARING:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $
      (2) ☐ Amount/Percentage authorized for payment at this time:

   b. ☐ Application for Payment of Final Fees is approved in the amount of: **$31,140**

   c. **X** Application for Reimbursement of ☐ Interim **X** Final Costs is approved and authorized for payment:
      (1) X Total amount allowed: **$600.15**

*(This Order is continued on the next page.)*

| In re: In Re: YI RU JENNIFER PAI Debtor. | CHAPTER 7 CASE NUMBER 2:07-bk-15062-VZ |
|---|---|

d. (1) ☐ Application Denied ☐ in Full ☐ in Part ☐ without Prejudice ☐ with Prejudice

(2) Grounds for Denial *(specify):*

e. ☐ The Court further orders *(specify):*

####

DATED: September 13, 2011

United States Bankruptcy Judge

| In re: In Re: YI RU JENNIFER PAI Debtor. | CHAPTER 7 CASE NUMBER 2:07-bk-15062-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category **I**. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described **ORDER ON FINAL APPLICATION FOR FINAL FEES AND EXPENSES** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On____________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 9/2/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

X Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on____________________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/2/11 | Joan Fidelson | /s/Joan Fidelson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: In Re: YI RU JENNIFER PAI Debtor. | CHAPTER 7 CASE NUMBER 2:07-bk-15062-VZ |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

Elissa Miller
Chapter 7 Trustee
Sulmeyer Kupetz
333 S. Hope Street, #3500
Los Angeles, CA 90071

Honorable Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite1360
Los Angeles, CA 90012

David L Smith
Law Offices of David L Smith
1901 Camegie Ste 1P
Santa Ana, CA 92705

| In re: In Re: YI RU JENNIFER PAI Debtor. | CHAPTER 7 CASE NUMBER 2:07-bk-15062-VZ |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER ON FINAL APPLICATION FOR FINAL FEES AND EXPENSES** as entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **9/2/11**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**X** Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Jennifer Pai**
**131 S. San Pedro St.**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

| In re: In Re: YI RU JENNIFER PAI Debtor. | CHAPTER 7 CASE NUMBER 2:07-bk-15062-VZ |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**ECF Service List:**

- J Jay Chang jjchangesq@yahoo.com
- Gene W Choe maria@choicelaw.org
- Joey Deleon joey.deleon@att.net
- Howard M Ehrenberg hehrenberg@sulmeyerlaw.com
- Leslie S Gold LGold@GershuniKatz.com
- James Andrew Hinds jhinds@jhindslaw.com
- Gary Hollingsworth gvhollingsworth@sbcglobal.net
- Sheryl K Ith sith@cookseylaw.com
- John P Kreis jkreis@attglobal.net
- Dare Law dare.law@usdoj.gov
- Stephen H Mattern smattern@changmattern.com
- Elissa D Miller CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;emiller@ecf.epiqsystems.com
- John Patton jpatton@cookseylaw.com
- Steven A Schwaber schwaberlaw@sbcglobal.net, bklawr@bklaw.com
- David L Smith dave@dlslaw.com
- Steven L Sugars ssugars_1@att.net
- David A Tilem davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- Marcus Tompkins mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Jennifer C Wong bknotice@mccarthyholthus.com