YI RU JENNIFER PAI

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Steven A. Schwaber – SBN 43678<br>LAW OFFICES OF STEVEN A. SCHWABER<br>2600 MISSION STREET<br>SUITE 100<br>SAN MARINO, CA  91108<br><br>Telephone 626.403.5600<br>Facsimile  626.403.4691<br>Email:  steve@schwaberlaw.com<br><br>*Former Attorney for Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 16 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle        DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br><br>YI RU JENNIFER PAI<br><br><br><br><br><br><br><br>Debtor. | CHAPTER  7<br><br>CASE NUMBER  2:07-bk-15062  VZ<br><br>DATE:  September 1, 2011<br><br>TIME:  1:30 p.m.<br><br>COURTROOM: 1368 |
|---|---|

## ORDER ON APPLICATION FOR PAYMENT OF:
☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**
☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

1. Name of Applicant (*specify*):  STEVEN A. SCHWABER

2. This proceeding was heard at the date and place set forth above and was        ☒ Contested    ☐ Uncontested

3. Appearances were made as follows:

   a. ☒ Applicant present in Court
   b. ☐ Attorney for Applicant present in Court (*Name*):
   c. ☐ Attorney for U.S Trustee present in Court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (specify date):  July 6, 2011 by Chapter 7 Trustee

5. THE COURT ORDERS, GOOD CAUSE APPEARING:

   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $
      (2) ☐ Amount/Percentage authorized for payment at this time:

   b. ☒ Application for Approval of Final Fees is approved in the amount of $53,710.00 less $10,841.00 retainer
      previously received, and Payment of Final Fees is approved in the amount of: $42,869.00.

   c. ☐ Application for Reimbursement of ☐ Interim ☒ Final Expenses  is approved and authorized for payment:
      (1) ☐ Total amount allowed: $898.51.

*(This Order is continued on the next page.)*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                      **F 2016-1.3**

Order on Fee/Expense Application – *Page 2*                                    **F 2016-1.3**

| In re:                     | CHAPTER 7 |
|----------------------------|-----------|
| YI RU JENNIFER PAI         |           |
|                   Debtor.  | CASE NUMBER 2:07-bk-15062 VZ |

d.  (1) ☐ Application Denied      ☐ in Full      ☐ in Part      ☐ without Prejudice      ☐ with Prejudice

　　(2) Grounds for Denial *(specify):*


e.  ☐ The Court further orders *(specify):*

####


DATED: September 16, 2011

_____

United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                                                          **F 2016-1.3**

**F 2016-1.3**

| In re:<br><br>YI RU JENNIFER PAI<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 2:07-bk-15062 VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Law Offices of Steven A. Schwaber, 2600 Mission Street, Suite 100, San Marino, CA  91108

A true and correct copy of the foregoing document described as  <u>ORDER ON APPLICATION FOR PAYMENT OF:  FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)</u>   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ September 1, 2011 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Elissa D Miller CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;emiller@ecf.epiqsystems.com
David L Smith    dave@dlslaw.com
Steven L Sugars    ssugars_1@att.net
David A Tilem    davidtilem@tilemlaw.com,
Marcus Tompkins    mtompkins@sulmeyerlaw.com
Stephen H Mattern    smattern@changmattern.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 1, 2011 | Steven A. Schwaber | /s/ Steven A. Schwaber |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Order on Fee/Expense Application – *Page 4*                                      **F 2016-1.3**

| In re:<br><br>   YI RU JENNIFER PAI | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 2:07-bk-15062 VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                                                          **F 2016-1.3**

**F 2016-1.3**

| In re:<br><br>YI RU JENNIFER PAI<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 2:07-bk-15062 VZ |
|---|---|

<u>**NOTE TO USERS OF THIS FORM**</u>:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  <u>ORDER ON APPLICATION FOR PAYMENT OF:</u>
<u>FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)</u>   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (</u>"<u>NEF</u>"<u>)</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See attached list.

☒ Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Barclays Capital Real Estate Inc.
Dba HomeEq Servicing
c/o Rosicki, Rosicki & Associates, PC
Outsource Management Dept
51 E Bethpage Road
Plainview, NY 11803

Fredric W Trester
Manning & Marder, Kass, Ellrod, Ramirez
801 S Figueroa St., 15th Fl
Los Angeles, CA 90017

☐ Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*Revised January 2009*

**F 2016-1.3**

Order on Fee/Expense Application – *Page 6*                                    **F 2016-1.3**

| In re:                          | CHAPTER  7                          |
|---------------------------------|-------------------------------------|
| YI RU JENNIFER PAI              |                                     |
|                        Debtor.  | CASE NUMBER 2:07-bk-15062  VZ       |

**ADDITIONAL SERVICE INFORMATION** (if needed):

NEF Service List:

    J Jay Chang     jjchangesq@yahoo.com

    Gene W Choe     maria@choicelaw.org

    Joey Deleon     joey.deleon@att.net

    Howard M Ehrenberg     hehrenberg@sulmeyerlaw.com

    Leslie S Gold     LGold@GershuniKatz.com

    James Andrew Hinds     jhinds@jhindslaw.com

    Gary Hollingsworth     gvhollingsworth@sbcglobal.net

    Sheryl K Ith     sith@cookseylaw.com

    John P Kreis     jkreis@attglobal.net

    Dare Law     dare.law@usdoj.gov

    Stephen H Mattern     smattern@changmattern.com

    Elissa D Miller     CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;emiller@ecf.epiqsystems.com

    John Patton     jpatton@cookseylaw.com

    Steven A Schwaber     schwaberlaw@sbcglobal.net, bklawr@bklaw.com

    David L Smith     dave@dlslaw.com

    Steven L Sugars     ssugars_1@att.net

    David A Tilem
    davidtilem@tilemlaw.com,malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

    Marcus Tompkins     mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

    United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

    Jennifer C Wong     bknotice@mccarthyholthus.com

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*Revised January 2009*                                                        **F 2016-1.3**